**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MORRIS EDWARDS | CIVIL ACTION NO. 19-0080-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MELLISSA JAMES | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Morris Edwards' Complaint is **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 27th day of February, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT